✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 07mj2586-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDUARDO LUIS SIERRA

I certify that I am admitted to practice in this court.

11/6/2007
Date

/s/ ELIZABETH M. BARROS
Signature

Elizabeth M. Barros/Federal Defenders of SD
Print Name

227629
Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467
Phone Number

(619) 687-2666
Fax Number

Print Save As... Export as FDF Retrieve FDF File Reset